1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE BLEDSOE,<br>      Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br>      Defendant. | Case No. 2:22-cv-00178-SSS-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court ACCEPTS the findings and recommendation of the Magistrate Judge.

The Court notes, however, that the ALJ could not permissibly have found the opinions of the treating chiropractor less persuasive based on the fact that the doctor was a non-acceptable medical source. *See* 20 C.F.R. §§ 404.1520c, 416.920c ("We will articulate in our determination or decision how persuasive we find all of the medical opinions and all of the prior administrative medical findings in your case record."). Rather, the ALJ properly found the chiropractor's opinions less persuasive based on the relevant factors, as required under the applicable regulations. *See* 20 C.F.R. §§ 404.1520c(a)-(c), 416.920c(a)-(c). Ultimately, the ALJ's consideration of the persuasiveness of the medical opinion evidence was supported by substantial evidence for the same reasons that the ALJ's determination of the onset date was supported by substantial evidence, as articulated in the Report and Recommendation.

**IT IS THEREFORE ORDERED** that Judgment be entered **AFFIRMING** the decision of the Commissioner denying benefits, and **DISMISSING this action WITH PREJUDICE**.

Date: April 6, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE