JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE BLEDSOE,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br>　　　　　　　Defendant. | Case No. 2:22-cv-00178-SSS-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE.**

Date: April 6, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE